# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST 100, LLC, a Nevada limited liability company; 1st ONE HUNDRED HOLDINGS, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>OMNI FINANCIAL, LLC, a foreign limited liability company; PRENPOINCIANA, LLC, a foreign limited liability company; DOES I through X and ROE ENTITIES I through X;<br><br>    Defendants. | Case No. 2:16-cv-00099-RFB-(CWH)<br><br>**ORDER** |

On April 13, 2016, a hearing was held in this matter. Upon Defendant Omni Financial, LLC's oral motion, and no objection having been made by counsel for any of the other parties, the Court ordered that (1) Michael McCabe, the Florida attorney servicing the HOA Receivables, shall not make any disbursements to any of the parties in this litigation (on 2013, 2014, or 2015 Receivables) until further order of the Court (but not require him to withhold disbursements to the Association of Poinciana Villages or his firm, to the extent due and owing); and (2) the parties shall neither request nor accept any such disbursements, if made.

///

///

# **ORDER**

Therefore,

**IT IS HEREBY ORDERED** that (1) Michael McCabe shall not make any distributions to First 100, LLC, 1st One Hundred Holdings, LLC, Kal-Mor-USA, LLC, Omni Financial, LLC, PrenPoinciana, LLC, or any of their affiliates (the "Parties") (on 2013, 2014, or 2015 Receivables), until further order from this Court or upon unanimous consent of the Parties; and (2) the Parties shall neither request nor accept any such disbursements, if made or attempted, absent unanimous consent of the Parties.

**DATED**: April 18, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

Respectfully submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

  /s/   Robert Hernquist
Gwen Rutar Mullins, Nevada Bar No. 3146
Robert Hernquist, Nevada Bar No. 10616
Mark Gardberg, Nevada Bar No. 10879

*Attorneys for Defendant Omni Financial, LLC*