# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FIRST 100, LLC, et al,            ) Case No. 2:16-cv-00099-RFB-CWH
                                  )
    Plaintiffs,               )
                                  )
  v.                              )
                                  )
OMNI FINANCIAL, LLC, et al,       ) **ORDER**
                                  )
    Defendants.               )
                                  )
_____   )

    Presently before the court is Defendant Omni Financial's motion (ECF No. 187) for leave to file a supplemental memorandum in support of its petition (ECF No. 103) for sanctions, filed on August 22, 2016.  Plaintiffs have not filed a response.

    Local Rule 7-2(g) generally prohibits supplementation of motions, except when given leave by the court for good cause.  Defendant represents that it has come upon evidence that would tend to support its petition for sanctions, and that allowing the proposed supplement would allow the court to make a more informed decision on the petition.  It further represents that allowing the supplement would preclude the need for a separate motion.

    IT IS THEREFORE ORDERED that good cause having been demonstrated, Defendant's motion (ECF No. 187) for leave to file a supplemental memorandum in support of its petition for sanctions is GRANTED.  Plaintiffs may file a response within fourteen days.

    DATED: August 25, 2016.

                                                                           _____
                                                                           C.W. Hoffman, Jr.
                                                                           United States Magistrate Judge