**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC, | Case No. 2:16-cv-00099-RFB-CWH |
| Plaintiff, | |
| v. | |
| OMNI FINANCIAL, LLC, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's notice of production of documents (ECF No. 213), filed on October 31, 2016. Under Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the court. No such order has been issued in this case.

IT IS THEREFORE ORDERED that the Clerk must STRIKE Plaintiff's notice of production of documents (ECF No. 213).

DATED: November 3, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge